UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TIM B. SCHMERBER, | Civil No. 3:10-CV-06257-BR |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on ____July____, 2011. Judgment is entered for Plaintiff.

DATED this __11th__ day of __July__ 2011.

_____
UNITED STATES ~~MAGISTRATE~~ District JUDGE

Page 1     JUDGMENT - [3:10-CV-06257-BR]